

## United States District Court for the Northern District of Illinois

Case Number: 08CV5018          Assigned/Issued By: DAJ

Judge Name: PALLMEYER          Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other ____
              [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00              Receipt #: 3073618

Date Payment Rec'd: 09/03/08      Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
        (Type of Writ)

__1__ Original and __0__ copies on __09/03/08__ as to __DEF._____
                                    (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05